# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARTHUR LEE GARRISON,

    Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS, et. al.,

    Defendants

Case No.: 3:17-cv-00391-MMD-WGC

**Order**

Re: ECF No. 77

Plaintiff has filed a motion for preliminary injunction asking that he be transported to Advanced ENT in Reno, Nevada for treatment for severe throat issues. (ECF No. 77.)

Plaintiff was allowed to proceed on his third amended complaint (TAC) with claims for retaliation and Eighth Amendment deliberate indifference to a serious medical need. The Eighth Amendment claim relates to alleged inadequate treatment related to his throat.

Defendants are ordered within **21 days of the date of this Order** to:

(1) File a response to Plaintiff's motion that includes a discussion regarding the status of Plaintiff's health care insofar as his throat is concerned;

(2) File **under seal** the **RELEVANT** medical records, kites and grievances concerning his throat. Only those records relevant to his throat condition should be included. The court does not want to be barraged with hundreds of pages of irrelevant records. The Attorney General's Office must ensure that Plaintiff is given an adequate opportunity to review these records before any hearing on this motion; and

(3) File a declaration from a health care provider familiar with Plaintiff's care for his throat summarizing his diagnoses, care, and future treatment plans.

The court will set this matter for a hearing in a separate order. The health care provider submitting the declaration must be present for the hearing.

**IT IS SO ORDERED**.

Dated: October 18, 2019.

_____
William G. Cobb
United States Magistrate Judge