## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTHUR LEE GARRISON, | ) | 3:17-cv-00391-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 20, 2020 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion or Objecting to a lot of or all of 1 thou (sic) 20 or 1 thou (sic) 27 139 Document" (ECF No. 144).  Plaintiff's motion appears to request 90 days to file his reply to Defendants' Answer (ECF No. 139) to Plaintiff's Amended Complaint.

Neither the Federal Rules of Civil Procedure nor the Local Rules of Practice permit the filing of a reply to an answer. *See* Fed. R. Civ. P. 7(a).

Therefore, Plaintiff's "Motion or Objecting to a lot of or all of 1 thou (sic) 20 or 1 thou (sic) 27 139 Document" (ECF No. 144) is **DENIED** as moot.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/_____

Deputy Clerk