**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ARTHUR LEE GARRISON, | ) | 3:17-cv-00391-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 31, 2020 |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS DIRECTOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Angela Gregerson,** who is no longer an employee of the Nevada Department of Corrections. However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 170).  If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant Angela Gregerson, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for **Angela Gregerson** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 170).  The Clerk shall also send one (1) copy of the Fourth Amended Complaint (ECF No. 129), one (1) copy of the court's screening order (ECF No. 128), and one (1) copy of this order to the U.S. Marshal for service on the Defendant.  The Clerk shall also send to Plaintiff one (1) USM-285 form.  Plaintiff shall have until **Friday, September 18, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant **Angela Gregerson** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/_____

Deputy Clerk