# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR LEE GARRISON, | Case No.: 3:17-cv-00391-MMD-WGC |
| Plaintiff, | **Order** |
| v. | Re: ECF No. 268 |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's "Reconsideration for Appointment of Counsel" (ECF No. 268). Plaintiff seeks reconsideration of this court's order of April 20, 2021 (ECF No. 262), which denied Plaintiff's twelfth motion for appointment of counsel. Plaintiff's rationale for such is that "The AG's office or Mr. I. Carr falsely told the Judge in U.S. District Court, that Dr. N. Wood's report on his exam of Plaintiff, was to been given to Plaintiff on time, when in fact it was not til 7-24-18 one day after the 7-23-18 tele-conf." (*Id.* at 3.) Plaintiff also states he "has been in imminent danger of serious injury" and "he lacks severily (sic) literacy skills, which is surely been a inadequacy on the schools system, education departments, prisons. For his real intellectual scores are probley (sic) in the 6th grade levels." (*Id.* at 5.)

As the court has also previously explained to Mr. Garrison, while any *pro se* inmate such as Mr. Garrison would likely benefit from services of counsel, that is not the standard this court

must employ in determining whether counsel should be appointed. *Wood v. Housewright*, 900 F.2d 1332, 1335-1336 (9th Cir. 1990).

Despite Plaintiff's contentions of numerous medial issues, he has been able to litigate twelve (12) prior motions for appointment of counsel, along with numerous objections. He has also been able to prosecute another action before this court [3:18-cv-00389-MMD-WGC].

In the exercise of the court's discretion, it **DENIES** Plaintiff's Motion for Reconsideration for Appointment of Counsel (ECF No. 268).

**IT IS SO ORDERED.**

Dated: June 23, 2021.

_William G. Cobb_
William G. Cobb
United States Magistrate Judge